AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Gerardo ALCAYA-Gallegos | )  Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 01, 2024  in the county of  Webb  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about November 01, 2024 the defendant Gerardo ALCAYA-Gallegos was apprehended in Laredo, Texas. After a brief interview it was determined that, Gerardo ALCAYA-Gallegos was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Gerardo ALCAYA-Gallegos was previously REMOVED from the United States on 10/16/2024 at Eagle Pass, Tx, Intl Bridge #2. There is no record that Gerardo ALCAYA-Gallegos has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Adrian J. Davila

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Adrian Davila sworn to and signature attested telephonically on November 4, 2024, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge